Jason A. Davis (SBN) 224250
Joshua Robert Dale (SBN 209942)
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
Email: jdale@michellawyers.com

*Attorneys for Defendant Pacific Enterprise Bank*

Michael E. Adler (SBN 236115)
GRAYLAW GROUP, INC.
26500 Agoura Road, #102-127
Calabasas, CA 91302
Telephone: (415) 510-3817
Facsimile: (415) 703-1234
E-mail: meadler@graylawinc.com

Harmeet K. Dhillon (SBN 207873)
Nitoj P. Singh (SBN 265005)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593
E-mail: harmeet@dhillonlaw.com

Mark J. Geragos (SBN 108325)
Ben J. Meiselas (SBN 277412)
Matthew M. Hoesly (SBN 289593)
A PROFESSIONAL CORPORATION
644 South Figueroa Street
Los Angeles, California 90017-3411
Telephone: (213) 625-3900
Facsimile: (213) 232-3255
Email: mark@geragos.com

*Attorneys for Plaintiffs and the Proposed Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFITWISE ACCOUNTING INC, a California corporation, individually and on behalf of others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, N.A.; FIRST | Case No. 3:20-cv-01395-MMA-WVG<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT PACIFIC ENTERPRISE BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 7.2, 12.1]<br><br>Honorable Judge Michael M. Anello |

|   |   |
|---|---|
| HOME BANK; FROST BANK; JPMORGAN CHASE BANK, N.A.; PACIFIC ENTERPRISE BANK; READYCAP LENDING, LLC, U.S. BANK NATIONAL ASSOCIATION; and WELLS FARGO BANK, N.A.<br><br>Defendants. | Action Filed: July 22, 2019 |

Pursuant to Rules 7.2 and 12.1 of the Local Rules for the United States District Court for the Southern District of California, Plaintiff Profitwise Accounting Inc. and Defendant Pacific Enterprise Bank, by and through their attorneys, hereby stipulate and jointly move as follows:

WHEREAS, Plaintiff's Complaint was filed in this Court on July 22, 2020;

WHEREAS, the Parties agree that Plaintiff completed service of the Complaint and Summons on Defendant on or by September 11, 2020;

WHEREAS, Defendant's respond to the complaint is currently due by October 2, 2020;

WHEREAS, Defendant has just retained Counsel who is currently unavailable due to a family emergency and cannot respond to the Complaint by the current deadline;

WHEREAS, Plaintiff and Defendant believe that good cause exists to extend the time for Defendant to response to Plaintiff's Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, that the time for Defendant to respond to Plaintiff's Complaint be extended to November 2, 2020.

**IT IS SO STIPULATED.**

Dated: October 1, 2020         MICHEL & ASSOCIATES, P.C.


                               /s/ Joshua Dale
                               Joshua Robert Dale
                               Jason A. Davis
                               *Attorneys for Defendant Pacific Enterprise Bank*

| | | |
|---|---|---|
| 1 | Dated: October 1, 2020 | DHILLON LAW GROUP INC. |
| 2 | | |
| 3 | | /s/ Nitoj Singh |
| 4 | | Harmeet K. Dhillon |
| | | Nitoj P. Singh |
| 5 | | *Attorneys for Plaintiff and the Proposed Class* |

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *Profitwise Accounting Inc., et al. v. Pacific Enterprise Bank, et al.*
Case No.: 3:20-cv-01395-MMA-WVG

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

    I have caused service of the following documents, described as:

**JOINT MOTION TO EXTEND TIME FOR DEFENDANT PACIFIC ENTERPRISE BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**

on the following parties by electronically filing the foregoing on October 1, 2020, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michael E. Adler (SBN 236115)
GRAYLAW GROUP, INC.
26500 Agoura Road, #102-127
Calabasas, CA 91302
E-mail: meadler@graylawinc.com

Harmeet K. Dhillon (SBN 207873)
Nitoj P. Singh (SBN 265005)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
E-mail: harmeet@dhillonlaw.com

Mark J. Geragos (SBN 108325)
A PROFESSIONAL CORPORATION
644 South Figueroa Street
Los Angeles, California 9001 7-3411
Email: mark@geragos.com

*Attorneys for Plaintiff and the Proposed Class*

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 1, 2020, at Long Beach, CA.

/s/ Tiffany Harber
Tiffany Harber