1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10<br>11 PROFITWISE ACCOUNTING INC, a<br>California corporation, individually and<br>on behalf of all others similarly situated, | Case No. 20-cv-1395-MMA-WVG |
| 12 Plaintiff, | **ORDER GRANTING JOINT<br>MOTION FOR EXTENSION<br>OF TIME FOR DEFENDANT<br>TO RESPOND** |
| 13 v. | |
| 14 BANK OF AMERICA, N.A., et al., | [Doc. No. 19] |
| 15 Defendants. | |
| 16 | |

17
18      On October 1, 2020, Plaintiff Profitwise Accounting Inc. and defendant

19   Pacific Enterprise Bank ("Defendant") filed a joint motion to extend Defendant's

20   time to respond to the Complaint.  Upon due consideration, good cause appearing,

21   the Court **GRANTS** the joint motion.  Defendant must respond to the Complaint on

22   or before **November 2, 2020**.

23      **IT IS SO ORDERED.**

24   DATED: October 5, 2020

25                                          HON. MICHAEL M. ANELLO

26                                          United States District Judge

27
28