# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFITWISE ACCOUNTING INC., a California corporation, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No.: 20-cv-01395-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION RE: SPECIAL BRIEFING SCHEDULE**<br><br>[Doc. No. 33] |

On October 12, 2020 the parties filed a joint motion requesting the Court set a special briefing schedule regarding the filing of an amended complaint by Plaintiff and anticipated response by Defendants. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** as follows:

1. Plaintiff may file an amended complaint, if it so chooses, on or before **October 16, 2020**;
2. Bank of America, N.A., JPMorgan Chase Bank, N.A., Pacific Enterprise Bank, and ReadyCap Lending, LLC must then respond on or before **November 16, 2020**;
3. Defendants' joint motion to dismiss, that shall not exceed 30 pages, must be filed on or before **November 16, 2020**;
4. Any Defendant who believes it has additional issues not addressed in the joint motion to dismiss may file an individual supplemental brief in support of the joint motion to dismiss, that shall not exceed 5 pages, on or before **November 16, 2020**;

5. If any Defendant elects to seek dismissal under Fed. R. Civ. P. 12(b)(2) and/or (3), the Defendant(s) seeking dismissal on this ground may also file an individual motion on that basis, which each shall not exceed 15 pages, on or before **November 16, 2020**;

6. Plaintiff's opposition to Defendants' joint motion to dismiss, which shall not exceed 30 pages, must be filed on or before **December 16, 2020**;

7. In the event any Defendant files an individual supplemental brief in support of the joint motion to dismiss, Plaintiff shall file and serve its opposition(s) thereto, which each shall not exceed 5 pages, on or before **December 16, 2020**;

8. If any Defendant elects to seek dismissal under Fed. R. Civ. P. 12(b)(2) and/or (3), Plaintiff shall file and serve its opposition(s) thereto, which each shall not exceed 15 pages, on or before **December 16, 2020**;

9. Defendants' reply in support of their joint motion to dismiss, which shall not exceed 15 pages, and any individual supplemental reply briefs, which each shall not exceed 3 pages, must be filed on or before **January 6, 2021**;

10. If any Defendant elects to seek dismissal under Fed. R. Civ. P. 12(b)(2) and/or (3), the Defendant(s) seeking dismissal on this ground may also file a reply brief, which each shall not exceed 5 pages, on or before **January 6, 2021**; and

11. The Court will hold a hearing on Defendants' motion(s) to dismiss on **January 25, 2021 at 2:30 P.M.** in Courtroom 3D.

**IT IS SO ORDERED.**

Dated: October 13, 2020

_/s/ Michael M. Anello_
HON. MICHAEL M. ANELLO
United States District Judge