# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROFITWISE ACCOUNTING INC., *a California corporation, individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendants. | Case No.: 20-cv-1395-MMA (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 63] |

On January 14, 2021, the parties filed a Joint Motion To Dismiss Pursuant to Rule 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **GRANTS** the joint motion and **DISMISSES** this action with prejudice. Each Party shall bear its own attorneys' fees, expenses, and costs. The Court **DIRECTS** the Clerk of Court to terminate all pending motions and deadlines and close this case.

**IT IS SO ORDERED.**

Dated: January 15, 2021

HON. MICHAEL M. ANELLO
United States District Judge